UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE FIRE & CASUALTY INSURANCE COMPANY AND NORTHBROOK INDEMNITY COMPANY,

       Plaintiffs,

 -against-

LAZAR YADGAROV, ARTHUR GULKAROV, MEDZANUN GULKAROV, GRISHA YADGAROV, SULEYMAN FATTAKHOV, BENZION KRAVIC, EDI KALONTAROV, PINCHAS KALANTAROV, OLGA GINDINOVA, STELLA DRAGINSKAYA, ALBERT YAKUBOV, VLADIMIR NAZAROV, ALISHO FATTAHOV, MARK DANILOVICH, MIKHAIL BOGOMOLNY, ALBERT BABADZHANOV a/k/a ALBERT BABADLHANOV, FARID PEYSAKHOV, ELAZAR JUSUPOV, VLADIMIR VERBITSKY, UKTAM HATAMOV, MICHAIL RUBINOV, RUBEN LEVY, BORIS MOSHEYEV, ROBIN GAVRIELOV, DANIL TROFIMOV, JAMSHID SOLEIMANY-KASHI, VLADISLAV AGUVAYEV, MICHAEL ZAVRAZHIN, KONSTANTIN MARKEVICH, VIKTORIYA FITSAYLO, RAFAEL MARKSUNOV a/k/a RAFAEL MAKSUMOV, MARGARITA AKMALOVA, MARIFAT DAVLATKHONOVA, OLEG SIMAKOV, GRIGOL APRESYANTSI, A-QUALITY MEDICAL SUPPLY CORP., BRIGHT MEDICAL SUPPLY, CORP., RANBOW SUPPLY OF N.Y., INC., COMFORT SUPPLY, INC., IDEAL MEDICAL SUPPLY, INC., WIOLLA MEDICAL SUPPLY, INC., METROPOLITAN MEDICAL SUPPLIES, LLC, SKY MEDICAL SUPPLY, INC., HEEL TO TOE FOOT CENTER, LLC, GY MEDICAL SUPPLY, INC., ARMADA MEDICAL SUPPLY, INC., SK PRIME MEDICAL SUPPLY, INC., NATIONAL MEDICAL & SURGICAL SUPPLY, INC., RIGHT AID MEDICAL SUPPLY CORP., GREENWAY MEDICAL SUPPLY CORP., ACTIVE CARE MEDICAL SUPPLY CORP., BRAND MEDICAL SUPPLY, INC., COMPLETE EQUIPMENT, INC., M&M COMPLETE EQUIPMENT, INC., EQUIPLUS, INC., VILLAGE MEDICAL SUPPLY, INC., CMS MEDICAL SUPPLY, INC., U&R CITY SUPPLIES, INC., CORTLAND MEDICAL SUPPLY, INC., EXPO SUPPLY, INC., QUEST SUPPLY, INC., POWER SUPPLY, INC., METRO 8 MEDICAL EQUIPMENT, INC., LINDEN EQUIPMENT, INC., METRO HEALTH PRODUCTS, INC., XPRESS DISTRIBUTION, INC., FRAZIER TRADING COMPANY INC., DEVONIAN INC., MAJOR MARKET MERCHANDISE, INC., MEM WHOLESALE, INC., NEECOM DISTRIBUTORS INC., ROPA INC., VIRRA WHOLESALE INC., VZ GROUP INC., MEDCURE SUPPLIES INC., AMERICAN MOBILITY MEDICAL, INC., HONO OFFICE SUPPLY, INC., WEST COAST INC., A TO Z WHOLESALE INC., BULLS EYE WHOLESALE, INC., GRIGOL SUPPLY, INC., ONE STOP WHOLESALE, INC., TNM WHOLESALE, INC., JOHN DOES 1 THROUGH 20 AND ABC CORPORATIONS 1 THROUGH 20,

       Defendants.

----------------------------------------------------------------- X

2011-CV-6187
(KAM) (RLM)

STIPULATION
AND ORDER OF
VOLUNTARY
DISMISSAL WITH
PREJUDICE
SOLELY AS TO
JAMSHID
SOLEIMANY-
KASHI AND
XPRESS
DISTRIBUTION,
INC., ONLY

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1. Any and all claims and defenses by and between Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, Allstate Fire & Casualty Insurance Company and Northbrook Indemnity Company (collectively "Plaintiffs"), on the one hand, and Jamshid Soleimany-Kashi and Xpress Distribution, Inc. (collectively "Defendants'), on the other, are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

2. Plaintiffs and the Defendants shall pay their own costs and attorneys' fees.

3. This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

Dated: New York, New York
May 16TH, 2012

**STERN & MONTANA, LLP**

By: _____
Sandra P. Burgos, Esq. (SB-6856)

Attorneys for Plaintiffs
Trinity Centre
115 Broadway, 20th Floor
New York, NY 10006
212-532-8100

**MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS, LLP**

By: _____
Michael A. Miranda, Esq. (MAM-6413)
Brian S. Condon, Esq. (BC-2461)
Attorneys for Defendants Jamshid Soleimany-Kashi and Xpress Distribution, Inc.
The Esposito Building
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-7676

SO ORDERED

_____
U.S.D.J.