UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------x

ALLSTATE INSURANCE COMPANY, ALLSTATE
INDEMNITY COMPANY, ALLSTATE PROPERTY
& CASUALTY INSURANCE COMPANY, ALLSTATE
FIRE & CASUALTY INSURANCE COMPANY AND
NORTHBROOK INDEMNITY COMPANY,

                            Plaintiffs,

            -against-

LAZAR YADGAROV, ARTHUR GULKAROV,
MEDZANUN GULKAROV, GRISHA YADGAROV,
SULEYMAN FATTAKHOV, BENZION KRAVIC,
EDI KALANTAROV, PINCHAS KALANTAROV,
OLGA GINDINOVA, STELLA DRAGINSKAYA,
ALBERT YAKUBOV, VLADIMIR NAZAROV,
ALISHO FATTAHOV, MARK DANILOVICH,
MIKHAIL BOGOMOLNY, ALBERT
BABADZHANOV a/k/a ALBERT BABADLHANOV,
FARM PEYSAKHOV, ELAZAR JUSUPOV,
VLADIMIR VERBITSKY, UKTAM HATAMOV,
MICHAIL RUBINOV, RUBEN LEVY, BORIS
MOSHEYEV, ROBIN GAVRIELOV, DANIL
TROFIMOV, JAMSHID SOLEIMANYKASHI,
VLADISLAV AGUVAYEV, MICHAEL
ZAVRAZHIN, KONSTANTIN MARKEVICH,
VIKTORIYA FITSAYLO, RAFAEL MARKSUNOV
a/k/a RAFAEL MAKSUMOV, MARGARITA
AKMALOVA, MARIFAT DAVLATKHONOVA,
OLEG SIMAKOV, GRIGOL APRESYANTSI,
A-QUALITY MEDICAL SUPPLY CORP., BRIGHT
MEDICAL SUPPLY, CORP., RANBOW SUPPLY
OF N.Y., INC., COMFORT SUPPLY, INC., IDEAL
MEDICAL SUPPLY, INC., WIOLLA MEDICAL
SUPPLY, INC., METROPOLITAN MEDICAL
SUPPLIES, LLC, SKY MEDICAL SUPPLY, INC.,
HEEL TO TOE FOOT CENTER, LLC, GY MEDICAL
SUPPLY, INC., ARMADA MEDICAL SUPPLY, INC.,
SK PRIME MEDICAL SUPPLY, INC., NATIONAL
MEDICAL & SURGICAL SUPPLY, INC., RIGHT
AID MEDICAL SUPPLY CORP., GREENWAY
MEDICAL SUPPLY CORP., ACTIVE CARE MEDICAL
SUPPLY CORP., BRAND MEDICAL SUPPLY, INC.,

Index No.: 11-cv-06187

**STIPULATION
TO EXTEND TIME**

COMPLETE EQUIPMENT, INC., M&M COMPLETE
EQUIPMENT, INC., EQUIPLUS, INC., VILLAGE
MEDICAL SUPPLY, INC., CMS MEDICAL SUPPLY,
INC., U&R CITY SUPPLIES, INC., CORTLAND
MEDICAL SUPPLY, INC., EXPO SUPPLY, INC.,
QUEST SUPPLY, INC., POWER SUPPLY, INC.,
METRO 8 MEDICAL EQUIPMENT, INC., LINDEN
EQUIPMENT, INC., METRO HEALTH PRODUCTS,
INC., XPRESS DISTRIBUTION, INC., FRAZIER
TRADING COMPANY INC., DEVONIAN INC.,
MAJOR MARKET MERCHANDISE, INC., MEM
WHOLESALE, INC., NEECOM DISTRIBUTORS
INC., ROPA INC., VIRRA WHOLESALE INC.,
VZ GROUP INC., MEDCURE SUPPLIES INC.,
AMERICAN MOBILITY MEDICAL, INC., HONO
OFFICE SUPPLY, INC., WEST COAST INC.,
A TO Z WHOLESALE INC., BULLS EYE
WHOLESALE, INC., GRIGOL SUPPLY, INC.,
ONE STOP WHOLESALE, INC., TNM WHOLESALE,
INC., JOHN DOES 1 THROUGH 20 AND ABC
CORPORATIONS 1 THROUGH 20,

Defendants.

----------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the
respective parties herein, that the Defendant, Vladimir Nazarovs' time to answer or otherwise
move is hereby extended to July 23, 2012, and Defendant hereby waive any defenses of personal
jurisdiction. Facsimile and/or e-mail signatures will be deemed as originals for all purposes
hereunder.

Dated: New York, New York
       June 22, 2012

STERN & MONTANA, LLP

By:_____
       Robert A. Stern, Esq.
       *Attorneys for Plaintiffs*
       Trinity Centre
       115 Broadway
       New York, New York 10006
       Tel.: (212) 532-7271

HOFFMAN POLLAND & FURMAN PLLC

By:_____
       Mark L. Furman, Esq.
       *Attorneys for Defendant*
       *Vladimir Nazarov*
       220 East 42nd Street, Suite 435
       New York, New York 10017
       Tel.: (212) 338-0700