Exhibit "3"
Stipulation of Dismissal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE FIRE & CASUALTY INSURANCE COMPANY AND NORTHBROOK INDEMNITY COMPANY,

    Plaintiffs,

-against-

LAZAR YADGAROV, ET AL.

    Defendants.

2011-CV-6187
(MKB) (VMS)

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE ONLY AS TO U&R CITY SUPPLIES, INC. AND ELAZAR JUSUPOV

---------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the undersigned counsel that:

1. Any and all claims and defenses asserted by Plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company and Allstate New Jersey Insurance Company ("Plaintiffs"), on the one hand, and Defendants **U&R City Supplies, Inc. and Elazar Jusupov** ("Defendants"), on the other hand, are dismissed, with prejudice pursuant to Fed. R. Civ. P. 41(a)(2);

2. Plaintiffs and Defendants shall pay their own costs and attorneys' fees; and

3. This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

23

Dated: October 10, 2012

STERN & MONTANA LLP

By: _____
Robert A. Stern, Esq. (RAS -      )
Trinity Centre - 115 Broadway
New York, New York 10006
*Counsel for Plaintiffs, Allstate Insurance Company,
Allstate Indemnity Company, Allstate Property &
Casualty Insurance Company Allstate Fire & Casualty
Insurance Company and Northbrook Indemnity Company*

LAW OFFICES OF GARY TSIRELMAN, P.C.

By: _____
Robert A. Stern, Esq. (RAS -1282 )
65 Jay Street, 3rd Floor
Brooklyn, New York 11201
*Counsel for Defendants, U&R City Supplies, Inc. and
Elazar Jusupov*

SO ORDERED
   s/ MKB
_____
Margo K. Brodie, U.S.D.J.
Dated: 10/12, 2012

24