**Exhibit "3"**
**Stipulation of Dismissal**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE FIRE & CASUALTY INSURANCE COMPANY AND NORTHBROOK INDEMNITY COMPANY,<br><br>                        Plaintiffs,<br><br>-against-<br><br>LAZAR YADGAROV, ET AL.<br><br>                        Defendants. | 2011-CV-6187 (MKB)(VMS)<br><br>STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE ONLY AS TO A-QUALITY MEDICAL SUPPLY CORP. AND LAZAR YADGAROV |

------------------------------------------------------------------------X

     **IT IS HEREBY STIPULATED AND AGREED TO** by and between the undersigned counsel that:

1.  Any and all claims and defenses asserted by Plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company and Allstate New Jersey Insurance Company ("Plaintiffs"), on the one hand, and Defendants **A-Quality Medical Supply Corp. and Lazar Yadgarov** ("Defendants"), on the other hand, are voluntarily dismissed, with prejudice pursuant to Fed. R. Civ. P. 41(a)(2);

2.  Plaintiffs and Defendants shall pay their own costs and attorneys' fees; and

3.  This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

1

Dated: October 10, 2012


STERN & MONTANA LLP

By:_____

    Robert A. Stern, Esq. (RAS -1282 )
    Trinity Centre - 115 Broadway
    New York, New York 10006
*Counsel for Plaintiffs, Allstate Insurance Company,*
*Allstate Indemnity Company, Allstate Property &*
*Casualty Insurance Company Allstate Fire & Casualty*
*Insurance Company and Northbrook Indemnity Company*

LAW OFFICES OF GARY TSIRELMAN, P.C.


By:_____

    Gary Tsirelman, Esq. (GT -3 ½ ½½
    65 Jay Street, 3rd Floor
    Brooklyn, New York 11201
*Counsel for Defendants, A-Quality Medical Supply Corp.*
*and Lazar Yadgarov*


**SO ORDERED**

    s/ MKB
_____

Margo K. Brodie, U.S.D.J

Dated:____10/12____, 2012

2